IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-313-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RODERICK L. FORD, ) | |
| ) | |
| Defendant. ) | |

On April 3, 2023, Roderick L. Ford ("Ford") moved for early termination of his supervised release [D.E. 40]. The court has reviewed the motion and the record. Not later than September 1, 2023, Ford's probation officer will advise the court of Ford's performance on supervised release, the status of Ford's financial obligations, and whether the probation officer recommends early termination. Ford and the United States may then respond to the probation officer's update.

SO ORDERED. This 15 day of August, 2023.

JAMES C. DEVER III
United States District Judge